## DEANE contᵃ WOODBRIDGE &cᵃ

Peter Sergeant and Paul Dudley Attournies of Thomas Deane Merchᵗ plaintˢ contᵃ Thomas Woodbridge of Newberry and Nicholas Paige of Boston them or either of them Defendᵗˢ in an action of debt of One thousand pounds currant money of New-England due upon the Forfiture of an Obligacion under their hands and Seales bearing date. 2ᵈ Iune. 1677. wherein they stand jointly and severally bound for payment of the Summe aforesᵈ with damages: . . . The Jury . . . found for the plaint. Forfiture of the bond One thousand pounds money and costs of Court At Request of the Defendᵗˢ and having heard both partys The Court chancered this Forfiture to Five hundred twenty Six pounds thirteen shillings and four pence in money (being the principall debt and damage) and costs of Court

mʳ Peter Sergeant and mʳ Paul Dudley Attournys of mʳ Tho: Deane personally appearing in yᵉ office. 6⁰ may. 1681. acknowledged they had recᵈ Security for Satisfaction of this Judgemᵗ from mʳ Nich⁰ Paige by a mortgage of houseing and Lands in Boston

Jsᵃ Addington Clrc

## DEANE contᵃ HILMAN

Peter Sergant and Paul Dudley Attournies of Thomas Deane merchᵗ plaintˢ contᵃ Iosia Hilman Defendᵗ The plaintˢ withdrew their Action.

## MATSON contᵃ BEALE

Thomas Matson and Ioshua Matson Surviving Executoʳˢ of the last will of Tho: Matson deceᵈ plaintˢ contᵃ William Beale who married with Elizabeth Iackson Relict & Executrix of Edmund Iackson Defendᵗ in an action of the case to the value of ten pounds in money or thereabout with damages: . . . The Jury . . . found for the plaintˢ ten pounds in money & costs of Court allowᵈ Forty three Shillings and four pence.

Execucion issued 5⁰ aug⁰ 79.  [ 595 ]

## LOVERIN &cᵃ contᵃ MOORE

William Loverin and Thomas Gent plaintˢ contᵃ Iohn Moore Defendᵗ in an action of the case for witholding the Summe of Five